746

General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely, and Paul D. Miller for respondent.

No. 726. COLTHURST v. METROPOLITAN CASUALTY INSURANCE Co. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. Raymond M. Hudson for petitioner. Mr. Joseph A. Burkart for respondent.

No. 727. MARTIN v. UNITED STATES. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Messrs. Jed C. Adams and W. B. Harrell for petitioner. Attorney General Mitchell, Assistant Attorney General Luhring, and Messrs. Claude R. Branch and Harry S. Ridgely for the United States.

No. 728. OWENS v. DANCY ET AL. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Mr. Henry B. Martin for petitioner. Messrs. J. Berry King and William L. Murphy for respondents.

No. 730. UNITED STATES v. BLACKMER. April 28, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. Messrs. Atlee Pomerene and Owen J. Roberts for the United States. Messrs. George Gordon Battle, Frederick DeC. Faust, and Charles F. Wilson for respondent.